

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2013, present, Chief Justice STEVE MCKEITHEN and Justices DAVID B. GAULTNEY, CHARLES KREGER and HOLLIS HORTON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated October 17, 2013, it is ordered that these causes be transferred to the Fourteenth Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Fourteenth Court of Appeals.

| | |
|---|---|
| 09-13-429-CR | Hoke Henry Eberhardt Jr. v. State of Texas |
| 09-13-430-CR | Hoke Henry Eberhardt Jr. v. State of Texas |
| 09-13-433-CV | Carolyn Warrick v. Motiva Enterprises, L.L.C. |
| 09-13-435-CV | Charles Freeman Jr. v. Kent Dickerson, et al |
| 09-13-436-CR | Quincy Michael McCray  v. State of Texas |
| 09-13-440-CR | Michael Carroll Pounders v. State of Texas |
| 09-13-445-CV | Big Masonry, L.L.C. v. Edwards Living Trust |
| 09-13-448-CV | Jon T. Neubaum et al v. Brenton M. Stanfield, et al |
| 09-13-449-CR | Jorge Albert Pavon-Maldonado v. State of Texas |
| 09-13-451-CV | In Re Commitment of William Michael Wirtz |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Fourteenth District of Texas at Houston as appears of record in Minute Book Volume 18."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 21st of October 2013.

_____
Carol Anne Harley
Clerk of the Court